Ryan M. Lapine, CA State Bar No. 239316
(To Be Admitted *Pro Hac Vice*)
RLapine@fkks.com
FRANKFURT KURNIT KLEIN & SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, CA 90067
Telephone:  (310) 579-9600
Facsimile:  (310) 579-9500

Tyler Maulsby, NY State Bar No. 4979456
(To Be Admitted *Pro Hac Vice*)
TMaulsby@fkks.com
FRANKFURT KURNIT KLEIN & SELZ PC
28 Liberty Street
New York, NY 10005
Telephone:  (212) 705-4893
Facsimile:  (347) 438-2152

W. Gregory Lockwood, OSB No. 114415
wglockwood@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone:  (503) 382-3852
Facsimile:  (503) 616-3600

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PATRICK MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN WALSH, and RYAN WALSH,<br><br>    Defendants. | Case No: 1:22-cv-00185<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - Page 1 of 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

Plaintiff, Patrick Murphy, hereby states and alleges as follows:

## PARTIES

1. At all material times, Murphy, an individual, has resided in the state of California.

2. Defendant Kevin Walsh, an individual, resides in the state of Oregon.

3. Defendant Ryan Walsh, an individual, resides in the state of Oregon.

## JURISDICTION AND VENUE

4. Jurisdiction exists under 28 U.S.C. § 1332 as this is an action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1). The Defendants in this action reside in this district.

## FACTUAL ALLEGATIONS

6. Murphy provided the Walshes with assets valued at seven hundred fifty-three thousand one hundred twenty-five dollars ($753,125). In exchange, the Walshes entered into a written promissory note (the "Note"), a true and correct copy of which is attached hereto as Exhibit "A" and is incorporated herein, in full, by this reference.

7. The Note contained a California choice of law clause. It did not contain a forum selection clause.

8. The Note contained a jury trial waiver.

9. Murphy and the Walshes executed the Note on January 1, 2020.

///

///

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 2 of 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

10. The Note required the Walshes to make thirty thousand dollar ($30,000) monthly payments to Murphy during its term, which ran from January 1, 2020 through December 31, 2021.

11. The Note required Kevin Walsh and Ryan Walsh to repay seven hundred fifty-three thousand one hundred twenty-five dollars ($753,125) together with interest calculated on an annual basis at 15%" to Murphy "no later than December 31, 2021", bringing the amount due on December 31, 2021 to $979,062.50.

12. At the same time that Murphy and the Walshes executed the Note, Four Good Neighbors, LLC ("Four Good"), whom on information and belief, the Walshes are Four principals, entered into a second written promissory note with Humboldt Health Care, LLC ("Humboldt"), in whom Murphy is a principal (the "Four Good Note"). A true and correct copy of the Four Good Note is attached hereto as Exhibit "B" and is incorporated herein, in full, by this reference.

13. The Four Good Note contained a Washington choice of law clause. It did not contain a forum selection clause.

14. The Four Good Note, issued in exchange for an advance of assets valued at one million dollars ($1,000,000) made by Humboldt to Four Good, required Four Good to repay that total "together with interest calculated on an annual basis at 15%" to Humboldt "no later than December 31, 2021", bringing the amount due on December 31, 2021 to $1,300,000.

15. Kevin Walsh and Ryan Walsh did not adhere to their obligations under the Note. Four Good did not adhere to its obligations under the Four Good Note.

///

16. Four Good did not make its required $30,000 monthly payments, nor did Kevin Walsh and Ryan Walsh make their required $30,000 monthly payments. Kevin Walsh and Ryan Walsh did not pay the Note when it became due. Four Good did not pay the Four Good Note when it became due.

17. Instead, and commingled, Four Good, Kevin Walsh, and Ryan Walsh made payments on the Note and the Four Good Note totaling $393,265.56. Allocating those payments equally to the Note and the Four Good Note, the Walshes only paid $196,632.78 on the Note, which does not cover the interest accrued during the term of the Note.

18. The Note called for the monthly payments to "be credited to accrued interest and then to principal on the date the balloon payment is due."

19. $782,429.72 remains due and owing on the Note, with additional interest accruing on the $753,125 principal beginning on January 1, 2022 at a rate of 15% per anum.

20. The Note included a prevailing party's attorney's fee clause.

## COUNT I

### (Breach of Contract on Note)

21. Murphy realleges and incorporates herein by reference paragraphs 1 through 20 of this Complaint.

22. The Walshes breached their obligations under the Note by failing to pay the amounts due.

///

///

///

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - Page 4 of 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

23. Pursuant to the Note, Kevin Walsh and Ryan Walsh are obligated to pay the indebtedness under the Note, which at present totals $782,429.72, with additional interest accruing on the unpaid $753,125 principal beginning on January 1, 2022 at a rate of 15% per annum.

24. Based on their breaches, all of the obligations under the Note are now immediately due and payable.

25. As a direct and proximate result of Kevin Walsh's and Ryan Walsh's breach, Murphy is entitled to recover from them damages under the Note, in the form of unpaid principal and interest in the amount of $782,429.72, plus interest on the principal amount of $753,125 beginning on January 1, 2022 at the rate of 15% per annum.

26. Per the prevailing parties provision in the Note, Murphy is entitled to recover from Kevin Walsh and Ryan Walsh his attorney's fees and costs incurred in this action.

## PRAYER FOR RELIEF

WHEREFORE, Murphy prays for relief as follows:

a. That Murphy have judgment against Kevin Walsh and Ryan Walsh, jointly and severely, for the sum of unpaid principal and accrued interest under the Note in the amount of $782,429.72, plus interest on the principal amount of $753,125 at 15% per annum from January 1, 2022 until the date a judgment is entered.

b. That Murphy be awarded all of his attorney's fees and costs incurred in this matter per the prevailing party clause in the Note.

///

///

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - Page 5 of 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

c. And for any other relief, including injunctive and prejudgment relief, that is just and proper.

Dated: February 3, 2022                    GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ W. Gregory Lockwood*
W. Gregory Lockwood, OSB No. 114415
wglockwood@grsm.com
Ryan M. Lapine (*pro hac vice* to be filed)
RLapine@fkks.com
Tyler Maulsby (*pro hac vice* to be filed)
TMaulsby@fkks.com
*Attorneys for Plaintiff*

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - Page 6 of 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600